In the Matter of LEON GOODMAN, Respondent, against J. ROLAND SALA, a Magistrate of the City of New York, Appellant.

Submitted October 2, 1944; decided October 12, 1944.

*Forrest S. Chilton* for motion.

*Francis M. Verrilli* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the orders do not finally determine the proceeding within the meaning of the Constitution.